In the Matter of EMIL T. RINAS et al., Constituting the Board of Water Commissioners of Roslyn Water District of the Town of North Hempstead, Nassau County, Petitioners, against PERRY P. DURYEA et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [See *ante*, p. 419.]

■

In the Matter of the Estate of JULIA A. FORD, Deceased. STATE TAX COMMISSION, Appellant; EDWARD E. FORD et al., as Executors of JULIA A. FORD, Deceased, Respondents.— Motion to dismiss appeal granted, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ. [198 Misc. 69.]

■

## (September 19, 1951.)

■

In the Matter of CAMPO CORPORATION et al., Petitioners, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— A stay is granted upon the following terms: (a) That the petitioners be ready to argue at the November, 1951, term. (b) That security in the sum of $5,000 be furnished by the petitioners. The stay will be operative until the hearing and determination of the appeal. The printed record should be settled in abbreviated form and the exhibits need not be printed. Order to be settled before any Justice of this court. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of the Application of CAMPO CORPORATION et al., Petitioners, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents. (And two other proceedings.)— Motion by respondents constituting the Public Service Commission to consolidate the proceedings and for other relief. Motion for consolidation granted. The determination of the motion decided herewith in *Matter of 219 West 81 St. Corp.* v. *Feinberg* (*post*, p. 1039) renders it unnecessary to decide the other specifications of the motion. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

LONDA REALTY CORPORATION, Plaintiff, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., et al., Defendants.— Motion by plaintiff-appellant to ascertain damages and for other relief. Motion denied, without costs. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.

■

In the Matter of the Claim of ANDREW RAPTOSH, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for leave to prosecute appeal upon typewritten record and brief granted. Six copies of such record shall be furnished to the court. Application in all other respects denied. Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.